IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK GILLEY, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:18-CV-25-RP |
| MW BUILDERS, INC. and MW BUILDERS OF TEXAS, INC., | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On October 14, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 35). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims brought in this action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 15, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE